In the Matter of the Claim of ANN SHERMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— REYNOLDS, J. P. Appeal from a decision of the Unemployment Insurance Appeal Board ruling appellant ineligible for benefits effective June 2, 1969 on the ground she was not available for employment (Labor Law, § 591, subd. 2). The issue of whether a claimant's efforts to secure employment were sufficiently diligent to satisfy the statutory requirement of availability is a factual question (*Matter of Knobloch* [*Catherwood*], 28 A D 2d 765) to be determined by the board "by a hindsighted evaluation of a claimant's performance". (*Matter of Natoli* [*Catherwood*], 27 A D 2d 972.) And the issue of credibility of the witnesses, upon which so much hinges in cases of this nature, is unquestionably within the sole province of the board (*Matter of Collazo* [*Catherwood*], 31 A D 2d 985). Accordingly, if the board's determination is supported by substantial evidence it must be upheld (e.g., *Matter of Lunney* [*Catherwood*], 32 A D 2d 864). On the present record we cannot find that the board could not determine that appellant so conducted and restricted her search for employment that she was not "genuinely in the labor market" and thus was available for employment (e.g., *Matter of Fico* [*Catherwood*], 29 A D 2d 1011). Decision affirmed, without costs. Reynolds, J. P., Aulisi, Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Reynolds, J. P.